Case No. 26-50318

---

# In The United States Court Of Appeals
# For The Fifth Circuit

---

MCCULLY-CHAPMAN EXPLORATION, INCORPORATED,

*Plaintiff - Appellant/Cross-Appellee*

v.

OVINTIV USA, INCORPORATED,

*Defendant - Appellee/Cross-Appellant*

---

Appeal from the United States District Court
for the Western District of Texas, Midland/Odessa Division
USDC No. 7:14-cv-18

---

## UNOPPOSED MOTION FOR LEVEL II EXTENSION OF TIME TO FILE BRIEF OF APPELLANT

---

TO THE COURT OF APPEALS FOR THE FIFTH CIRCUIT:

Appellant respectfully requests a Level II extension of time to file its Appellant's Brief.

1. The present deadline for filing the brief is August 27, 2026.

2. Appellant requests a 30-day extension—which would make the new filing deadline September 28, 2026—in which to file its brief.

3. This request is unopposed.

4. Counsel realizes that extensions exceeding 30 days are usually proper only under "the most extraordinary of circumstances." 5th Cir. R. 31.4.3.2. Here, "[m]ore than ordinary good cause" exists. *Id*.

5. The following grounds provide good cause for this request to extend the time to file the brief. Counsel for Appellant have been and continue to be engaged in other litigation with imminent deadlines that prevent them from completing the brief before the present deadline, including, but not limited to, the following:

**Austin Brister**

- Serve as lead trial counsel for the defendant in Case No. 24DCCV2242; *Holland, et al. v. Chevron Phillips Chemical Company, L.P.*; in the 58th Judicial District Court of Jefferson County, Texas, which is preferentially set No. 1 for a jury trial beginning October 26, 2026, the pretrial deadlines for which fall almost entirely within the current briefing period.

- Preparation of five motions for summary judgment and two motions to exclude expert testimony in Case No. 24DCCV2242; *Holland, et al. v. Chevron Phillips Chemical Company, L.P.*; in the 58th Judicial District Court of Jefferson County, Texas, due by the August 24, 2026 dispositive-motion deadline and by September 9, 2026, respectively.

- Preparation for and defense of at least four, and possibly five, depositions in Case No. 24DCCV2242; *Holland, et al. v. Chevron Phillips Chemical Company, L.P.*; in the 58th Judicial District Court of Jefferson County, Texas, anticipated to occur through September 1, 2026, including a third-party deposition and the depositions of two corporate representatives and two

expert witnesses, each requiring a separate witness-preparation session.

- Preparation of responses and replies to the foregoing motions and to plaintiffs' anticipated cross-motions, together with preparation for the anticipated hearing on defendant's pending Motion for Leave to Designate a Responsible Third Party, in Case No. 24DCCV2242; *Holland, et al. v. Chevron Phillips Chemical Company, L.P.*; in the 58th Judicial District Court of Jefferson County, Texas, with responses and replies due in September 2026 and hearings anticipated in late September or early October 2026.

- Substantial final discovery supplementation, in Case No. 24DCCV2242; *Holland, et al. v. Chevron Phillips Chemical Company, L.P.*; in the 58th Judicial District Court of Jefferson County, Texas, to be completed by August 31, 2026.

- Preparation for the pretrial hearing in Case No. 24DCCV2242; *Holland, et al. v. Chevron Phillips Chemical Company, L.P.*; in the 58th Judicial District Court of Jefferson County, Texas, anticipated to be set in late September or early October 2026 in advance of the October 26 trial setting, which will trigger corresponding deadlines for pretrial submissions, motions in limine, deposition designations, witness and exhibit lists, and proposed jury charges.

- Preparation of responsive pleading in AAA Case No. 01-26-0004-3160; *Esti Blanco-Elorrieta v. Alpha Seven Energy, LLC, et al.*; in an arbitration administered by the American Arbitration Association, due Friday, August 21, 2026, with a mediation being scheduled for the second or third week of September 2026.

- Preparation for and attendance at a multi-party mediation in Case No. 60,647-C; *Will-Drill Resources, Inc. v. Range Louisiana Operating, L.L.C. and TGNR TVL, LLC*; in the Third Judicial District Court, Lincoln Parish, Louisiana, anticipated in the third or fourth week of September 2026.

- Preparation of discovery objections and responses in Case No. 2026-10178; *United Production Partners Resources, LLC v. Energy Extract LP*; in the District Court of Travis County, Texas, due September 25, 2026, with a mediation being scheduled within the next three weeks.

- Attendance at a hearing set for August 19, 2026, and preparation for various anticipated post-judgment discovery and enforcement proceedings over the next month, in Case No. 117235-C; *Li Jiang v. iGeo, LLC and Rong Shu*; in the 412th District Court of Brazoria County, Texas (also AAA No. 01-23-0002-0833).

**Marcus Eason**

- Trial in progress, having commenced August 18, 2026, in Case No. 19-DCV-265897; *Senior Care Living VI, LLC v. UMB Bank N.A., et al.*; in the 458th Judicial District Court of Fort Bend County, Texas.

**Russell Post**

- Preparation of motion for panel rehearing in Case No. 01-23-00900-CV; *Union Pacific Railroad Co. v. Mary Johnson*; in the First Court of Appeals, filed August 10, 2026.

- Preparation of reply brief of appellant in Case No. 26-20060; *Houston Pilots v. Galveston-Texas City Pilots*; in the United States Court of Appeals for the Fifth Circuit, filed August 12, 2026.

- Preparation of response to motion for summary affirmance in Case No. 26-20302; *Chevron v. Servicios Ojeda*; in the United States Court of Appeals for the Fifth Circuit, due filed August 14.

- Preparation of opposition to the petition for writ of certiorari in Case No. 26-1; *Sunoco v. Cline*; pending in the Supreme Court

of the United States, due August 31. This deadline cannot be moved.

- Preparation of brief of appellant in Case No. 26-20302; *Chevron v. Servicios Ojeda*; in the United States Court of Appeals for the Fifth Circuit, due September 2.

- Preparation of reply brief of appellant in Case No. 25-40640; *Green Acres Baptist Church v. Brotherhood Mutual Insurance Company*; in the United States Court of Appeals for the Fifth Circuit, due September 8, 2026.

- Preparation of reply in support of petition for writ of mandamus in Case No. 14-26-00585-CV; *In re Alyssa Higgins*; in the Fourteenth Court of Appeals.

6. Counsel has begun collaborating on a draft brief, but the high-quality work required to draft a brief that will assist the Court will take additional time. The extension requested is genuinely necessary for this brief, and no additional extensions will be requested.

7. This motion is not filed for the purpose of delay, but to allow counsel adequate time to prepare the brief.

For all these reasons, Appellant respectfully requests that this Court grant an extension of time to file its brief until September 28, 2026.

Respectfully submitted,

*/s/ Austin V. Brister*

Austin W. Brister
Marcus V. Eason
McGinnis Lochridge LLP
609 Main Street, Suite 2800
Houston, Texas 77002
(713) 615-8500 (t)
(713) 615-8585 (f)

M. Alejandra Salas
McGinnis Lochridge LLP
1111 W. 6th Street, Building B, Suite 400
Austin, Texas 78703
(512) 495-6022 (t)
(512) 505-6322 (f)

Russell S. Post
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
(713) 951-3700 (t)
(713) 951-3720 (f)

***Counsel for Appellant,***
***McCully-Chapman Exploration, Inc.***

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Appellee, and Appellee is unopposed to this motion.

*/s/Austin W. Brister*
Austin W. Brister

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2026, I electronically transmitted this Motion to the Clerk of the Court using the Court's ECF System. I further certify that counsel of record for Appellee is being served with a copy of this Motion by electronic means via the Court's ECF system

*/s/ Austin W. Brister*
Austin W. Brister